UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DR. AHMED DIAA ELDIN ALI MOHAMED HUSSEIN,

            Plaintiff,

   - against -

DR. MOHAMED AHMED MAAIT, in his official capacity as MINISTER OF FINANCE OF THE ARAB REPUBLIC OF EGYPT,

            Defendant.
------------------------------------- x

1:22-cv-02592-JSR

## [PROPOSED] ORDER DENYING MOTION FOR REMAND

**AND NOW**, upon consideration of Plaintiff's Motion for Remand, Defendant's Opposition thereto, Plaintiff's Reply in further support of his Motion, and oral argument by the parties, it is hereby **ORDERED**:

Plaintiff's Motion to Remand this action to the Supreme Court of the State of New York, County of New York, is hereby **DENIED**; and

The Court finds that removal was proper under 28 U.S.C. § 1441(d) and that Defendant has shown cause to enlarge the time for removal.

**SO ORDERED.**

Dated: __4/20/22__

                                                  **Hon. Jed. S. Rakoff**
                                                **United States District Judge**