UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DR. AHMED DIAA ELDIN ALI MOHAMED
HUSSEIN,

            Plaintiff,

    - against -                              1:22-cv-02592-JSR

DR. MOHAMED AHMED MAAIT, in his
official capacity as MINISTER OF FINANCE
OF THE ARAB REPUBLIC OF EGYPT,

            Defendant.
------------------------------------- x

## [PROPOSED] ORDER STAYING MERITS DISCOVERY PENDING DISPOSITION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S "SUMMARY JUDGMENT MOTION IN LIEU OF COMPLAINT"

**AND NOW**, upon consideration of Defendant's request in his Motion to Dismiss Plaintiff's "Summary Judgment Motion in Lieu of Complaint" and to Stay Merits Discovery for an order staying merits discovery and upon preliminary review of Defendant's argument under Rule 12(b)(1) that this Court lacks subject matter jurisdiction to hear this case because Defendant is immune from suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq.*, it is hereby **ORDERED**:

Defendant's request for a stay of merits discovery is hereby **GRANTED**; and

All merits discovery is **STAYED** until the Court rules on the issue of subject matter jurisdiction and this Court issues a further Order allowing such discovery.

    **SO ORDERED.**

Dated: 4/20/22

                                                    Hon. Jed. S. Rakoff
                                                    **United States District Judge**