**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DR. AHMED DIAA ELDIN ALI MOHAMED HUSSEIN,

               Plaintiff,

  -against-                                  22 **CIVIL** 2592 (JSR)

                                                **JUDGMENT**

DR. MOHAMED AHMED MAAIT, in his
Official capacity as MINISTER OF FINANCE OF
THE ARAB REPUBLIC OF EGYPT,

               Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated June 13, 2022, Maait's motion to dismiss the summary judgment motion in lieu of complaint is granted. Judgment is entered dismissing the complaint for want of jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

       June 14, 2022

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                         **BY:**   *K. Mango*
                                                    **Deputy Clerk**